UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>RAUL GARCIA-LOPEZ,<br><br>    Defendant. | Case No.: 05-184M<br><br>DETENTION ORDER |

Offense charged:

    Unlawful entry, second offense — violation of 8 U.S.C. § 1325(a)(2).

Date of Detention Hearing:   Initial Appearance, 4/20/2005.

    The Court, having conducted a detention hearing pursuant to 18 U.S.C. § 3142(f), and based upon the factual findings and statement of reasons for detention hereafter set forth, finds that no condition or combination of conditions which defendant can meet will reasonably assure the appearance of defendant as required.  If new issues surface, then the defendant may request another hearing on release.

    FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION

    (1)    In the Pretrial Services Report of April 20, 2005, criminal records are cited that reflect a substantial number of prior offenses.

    (2)    Defendant appears to have no substantial ties to the community or to the Western